**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-7604**

—————————

THOMAS EUGENE LANGSTON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; DEPARTMENT OF
CORRECTIONS; D. SPENCER, Powhatan Regional
Administrator; D. R. GUILLORY, Warden; C. H.
ALLEN; W. P. ROGERS; E. C. MORRIS, Deputy
Director; DOCTOR SARKER,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, District
Judge. (CA-95-1354-A)

—————————

Submitted: December 14, 1995      Decided: January 24, 1996

—————————

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Thomas Eugene Langston, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Langston v. Virginia</u>, No. CA-95-1354-A (E.D. Va. Sept. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>